# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FINTHRIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW CONNOR, <br><br> Defendant. | Civil Action No. |

## CERTIFICATE OF INTERESTED PERSONS AND
## <u>CORPORATE DISCLOSURE FORM</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Plaintiff FinThrive, Inc., by and through its counsel, files its Certificate of Interested Persons and Corporate Disclosure Form and states as follows:

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more the stock of a party or proposed intervenor:

FinThrive Intermediate Holdings, LLC f/k/a nThrive Intermediate Holdings, LLC

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in other interest which could be substantially affected by the outcome of this case:

FinThrive Intermediate Holdings, LLC f/k/a nThrive Intermediate Holdings, LLC

TSG Holdco, LLC

Equation Consulting, LLC

FinThrive Revenue Systems, LLC f/k/a nThrive Revenue Systems, LLC

FinThrive Healthcare, Inc. f/k/a Transunion Healthcare, Inc.

Pelitas, LLC

Diversified Data Development Corporation

Rubixis, Inc.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

FinThrive, Inc.: Christopher Proskey, Matthew Warenzak, Stephanie Koltookian

Matthew Connor: Unknown

(4) For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

FinThrive states that jurisdiction is based on both federal question and diversity jurisdiction.

FinThrive, Inc. is a citizen of Delaware and Texas for purposes of diversity jurisdiction.

Matthew Connor is a citizen of North Carolina.

Submitted this 9th day of April, 2024.

Respectfully submitted,

*/s/ Matthew P. Warenzak*
Matthew P. Warenzak
Georgia Bar No. 624484
SMITH, GAMBRELL, AND RUSSELL, LLP
1105 West Peachtree Street, NE, Suite 1000
Atlanta, Georgia 30309
Telephone: (404) 815-3500
mwarenzak@sgrlaw.com

Christopher A. Proskey, *pro hac vice forthcoming*
Iowa Bar No. AT0009316
Stephanie A. Koltookian, *pro hac vice forthcoming*
Iowa Bar No. AT0012724
BROWN, WINICK, GRAVES, GROSS AND BASKERVILLE, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: 515-242-2400
chris.proskey@brownwinick.com
Stephanie.Koltookian@brownwinick.com

*ATTORNEYS FOR PLAINTIFF FINTHRIVE, INC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April, 2024, I filed a true and correct copy of the foregoing Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system. I certify that the foregoing will be served on Defendant together with the summons and complaint.

This 9th day of April, 2024.

*/s/ Matthew P. Warenzak*
Matthew P. Warenzak
Georgia Bar No. 624484
SMITH, GAMBRELL, RUSSELL, LLP
1105 West Peachtree Street, NE, Suite 1000
Atlanta, Georgia 30309
Telephone: (404) 815-3500
mwarenzak@sgrlaw.com

*ATTORNEYS FOR PLAINTIFF FINTHRIVE, INC.*